**REID & HELLYER**, APC
ANDREW I. ROTH, State Bar No. 049151
3880 Lemon Street, Fifth Floor
Post Office Box 1300
Riverside, California 92502-1300
Telephone: (951) 682-1771
Facsimile: (951) 686-2415
aroth@rhlaw.com

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
dalegalipo@yahoo.com

Attorneys for Plaintiffs Brandon Dean Rust by his guardian ad litem Diane Rust, and Kamia Watkins by her guardian ad litem Karen Phelps

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON DEAN RUST by his guardian ad litem Diane Rust, and KAMIA WATKINS by her guardian ad litem Karen Phelps,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE COUNTY and ARMANDO PORTALES, JUVIEN GALZOTE, ISAAC PEREZ, and ANDREW SULLIVAN, INDIVIDUALLY AND AS COUNTY OF RIVERSIDE DEPUTY SHERIFFS, and RIVERSIDE COUNTY SHERIFF'S DEPUTIES DOES 4 through 10,<br><br>Defendants. | CASE NO.  EDCV 08-232 CAS (JWJx)<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO . 4  TO EXCLUDE EVIDENCE OF USES OF FORCE ON OTHER DAYS** |

Plaintiffs oppose Defendant's Motion in Limine No . _4_ to Exclude Evidence of uses of force on other days.

1   Plaintiffs do not intend to offer evidence of Defendants' individual uses of
2   force on any particular prior occasion, nor to suggest that such a prior use of force
3   supports an inference of excessive force against Mr. Watkins.
4   However, the defendants are claiming their tactics and use of force here was
5   reasonable for two reasons: Watkins' car threatened officer safety and Watkins'
6   conduct raised a legitimate fear of danger from a firearm.  Plaintiffs will dispute
7   these claims.
8   The questions of excessive force and of qualified immunity must be resolved
9   on the totality of the circumstances.  Defendants claim that the manner in which they
10  blockaded Mr. Watkins' car, left an open escape route, and stood in the path of that
11  escape route was reasonable and not in violation of clearly established law based in
12  part on their training and experience including use of such tactics ***on numerous***
13  ***instances*** of similar conduct by themselves and by other officers.  For example,
14  defendant Portales claims his tactics and conduct were reasonable, ordinary and
15  tested:
16  Q. Have you ever, prior to that occasion, placed yourself in front of a vehicle
17  being operated by a high risk suspect in an effort to get the suspect to comply
18  with your orders?
19  A. Yes
20  Q. How many other occasions?
21  A. Right offhand I can safely say maybe five, three to five.
22  .....
23  Q. Are you aware -- Have you ever observed other sheriff's officers in the
24  Riverside Sheriff's Department place themselves in front of a vehicle in a high-
25  risk situation in an attempt to stop a vehicle?
26  .....
27  A. Many, many, ten, 20 over my 29-year career.
28  (See Portales Deposition Trans. Page 18 line 20 to Page 20 line 15.)

1    Plaintiffs will present evidence and expert opinion that such tactics and
2 conduct are uncommon, provocative, unreasonable, in violation of standard police
3 officer training, and leads to unlawful use of excessive and deadly force.
4    We agree that any specific instances of prior use of force are not relevant to
5 show excessive force against Mr. Watkins on the date defendants killed him.
6 However, we would reserve the right to use the Defendants' knowledge of police
7 training, police tactics, *and instances of use of such tactics*, on issues including
8 whether their conduct dealing with Mr. Watkins was reasonable, was excessive
9 force, was reckless, was negligent, was in violation of clearly established law, was a
10 product of defendant County's policies and practices or negligent training and
11 supervision and credibility.
12   Defendants' motion should be denied.

13

14 DATED: July _17_, 2009               REID & HELLYER
                                        A PROFESSIONAL CORPORATION
15

16
                                        By: \s\ Andrew I.Roth
17                                          Andrew I. Roth
                                            Attorneys for Plaintiffs Brandon
18                                          Dean Rust by his guardian ad litem
                                            Diane Rust, and Kamia Watkins by
19                                          her guardian ad litem Karen Phelps

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3880 Lemon Street, Fifth Floor, Post Office Box 1300, Riverside, California 92502-1300.

On July 17, 2009, I served the foregoing document described as **PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF USES OF FORCE ON OTHER DAYS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

John M. Porter, Esq.
Lewis Brisbois, et al
650 East Hospitality Lane, Suite 600
San Bernardino, CA 92408

[✓]   BY MAIL

  [ ]   I deposited such envelope in the mail at Riverside, California. The envelope was mailed with postage thereon fully prepaid.

  [✓]   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 17, 2009, at Riverside, California.

[✓]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Rachel D. Stowe                              \s\ Rachel D. Stowe
Type or print name                           Signature

---

S:\WP\W0951\001\PLEADINGS\OPP TO MIL 4.wpd    -4-
OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF USES OF FORCE ON OTHER DAYS