1   John M. Porter, SBN 62427
    **Lewis, Brisbois, Bisgaard & Smith LLP**
2   650 E. Hospitality Lane, Suite 600
    San Bernardino, CA 92408
3   Phone:  (909) 387-1130
    Fax:  (909) 387-1138
4
    Christopher D. Lockwood, SBN 110853
5   **Arias & Lockwood**
    225 W. Hospitality Lane, Suite 314
6   San Bernardino, CA 92408
    Phone:  (909) 890-0125
7   Fax: (909) 890-0185

8   Attorneys for defendants County of Riverside, Armando Portales, Juvien Galzote,
    Isaac Perez, and Andrew Sullivan
9

10                  DISTRICT COURT OF THE UNITED STATES

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13   T.D.W. et al,                          )  CASE NO. CV 08-232 CAS (JWJ)
                                            )
14          Plaintiffs                      )
                                            )  (PROPOSED) JUDGMENT
15   v.                                     )
                                            )
16   RIVERSIDE COUNTY et al,                )
                                            )
17          Defendants                      )
                                            )
18

19          The above-entitled matter came on regularly for jury trial on September 22,

20   2009.  Prior to trial, the court dismissed the case as to plaintiff T.D.W. without

21   prejudice.  At the start of trial, plaintiffs dismissed all claims based on state law.

22          Dale K. Galipo and Andrew I. Roth appeared on behalf of plaintiffs B.D.R.

23   and K.W.

24          John M. Porter and Christopher D. Lockwood appeared on behalf of all

25   defendants.

26          The trial was bifurcated.  Phase I addressed liability and potential entitlement

27   to punitive damages.  If liability was found in the first phase, Phase II would have

28   addressed damages and potential liability of the County of Riverside.

                                        1

1   A jury of 7 persons was impaneled. Opening statements were made.

2 Witnesses testified and exhibits were admitted into evidence.

3   Closing arguments were presented.  The jury was given instructions and

4 began its deliberations.

5   On September 30, 2009 the jury returned a unanimous Special Verdict, which

6 is quoted in relevant part:

7   Question 1: Did plaintiffs prove by a preponderance of the

8   evidence that Officers Armando Portales, Juvien Galzote, Isaac Perez,

9   or Andrew Sullivan used excessive force against Keith Watkins?

10   Answer:

11   Armando Portales  No

12   Juvien Galzote    No

13   Isaac Perez       No

14   Andrew Sullivan   No

15   Pursuant to the directions on the special verdict, the jury did not answer the

16 rest of the questions on the special verdict form.  As a result of the jury's verdict in

17 Phase I, it was unnecessary to conduct the second phase of trial.

18   JUDGMENT is therefore entered in favor of defendants Armando Portales,

19 Juvien Galzote, Isaac Perez, Andrew Sullivan, and the County of Riverside, and

20 against Plaintiffs B.D.R. and K.W., together with costs of suit pursuant to a

21 Memorandum of Costs to be filed.

22 DATED:  October 15, 2009

23

24   _Christine A. Snyder_
    United States District Court Judge

25

26

27

28

2

1   Prepared and Submitted By:

2

3

By _____
4   Christopher D. Lockwood
Attorneys for defendants
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3