LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
John C. Fattahi (Bar No. 247625)
jfattahi@gmail.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

REID & HELLYER
A Professional Corporation
ANDREW I. ROTH, SBN 049151
3880 Lemon Street, Fifth Floor
Post Office Box 1300
Riverside, California 92502-1300
Telephone:   (951) 682-1771
Facsimile:    (951) 686-2415

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.D.W., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>RIVERSIDE COUNTY, et al.,<br><br>Defendants. | Case No. EDCV 08-00232-CAS (JWJ)<br><br>**DECLARATION OF DALE K. GALIPO IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Reply Memorandum of Points and Authorities in Support of Plaintiffs' Motion for a New Trial *filed concurrently herewith*]<br><br>Date:   January 11, 2010<br>Time:  10:00 a.m.<br>Ctrm:  5 |

# DECLARATION OF DALE K GALIPO

I, Dale K. Galipo, declare as follows,

1. I am an attorney duly licensed to practice law before all courts in the State of California and am lead trial counsel for the plaintiffs in this action. I make this declaration in support of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Plaintiffs' Motion for a New Trial based on my personal knowledge and, if called, can testify competently thereto.

2. Attached as "**Exhibit 1**" is a true and correct copy of a photograph of the scene that was admitted into evidence during the trial of this action. *See* "Exhibit B" to the Declaration of John C. Fattahi, Testimony of Deputy Perez, at 65:4-8.

3. During *voir dire* in this matter, counsel for all parties held a side bar with the Court in which Plaintiffs' counsel requested additional questioning of the jury in order to ascertain law enforcement bias. The Court refused Plaintiff's request to further *voir dire* the jurors on the grounds that the Court previously asked the jurors generally, whether they could be fair, which the Court ruled was sufficient.

4. In response to and well after the Court's rulings during *voir dire*, Plaintiffs submitted proposed jury instructions, one of which sought to instruct the jury not to accord credibility to the testimony of law enforcement officers simply by virtue of their position.

5. I am informed and believe and thereon allege that Mr. Rodriguez's relationship with a member of the Defendant Riverside County Sheriff's Department was not that he was an "acquaintance," but that the law enforcement officer was Mr. Rodriguez's best friend's brother.

///

///

1  I certify, under penalty of perjury of the laws of the State of California that
2  the foregoing is true and correct.

4  DATED: December 21. 2009

6  By: /s/ Dale K. Galipo
   Dale K. Galipo
7  Attorneys for Plaintiffs